UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWOINE PITTMAN,

                Petitioner,                Case Number: 07-CV-13820

v.                                        HON. JOHN CORBETT O'MEARA

BLAINE LAFLER,

                Respondent..
_____/

## ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Petitioner Antwoine Pittman has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, who is currently incarcerated at the St. Louis Correctional Facility in St. Louis, Michigan, challenges his convictions for armed robbery, felon in possession of a firearm, and possession of a firearm during the commission of a felony. Now before the Court is Petitioner's Motion for Appointment of Counsel.

There exists no constitutional right to the appointment of counsel in civil cases, and the court has broad discretion in determining whether counsel should be appointed. *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) ("[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege and not a right.") (internal quotation omitted). A habeas petitioner may obtain representation at any stage of the case "[w]henever the United States magistrate or the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). In the instant case, the Court determines after careful consideration that the interests of justice do not require appointment of counsel, and will deny the motion.

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Appointment of Counsel [dkt. # 10] is **DENIED**.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date:  January 8, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 8, 2009, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager